FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| DRAKE RUBLE; | ) | |
| DOMINIC POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 3:15-CV-338-RV/EMT |
| | ) | |
| LAMOT INUSTRIES, LLC; | ) | |
| RYAN LAMOT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

**RESPONSE SUGGESTING DENIAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [DOC. 30] AS MOOT AND REQUEST FOR CLARIFICATION**

Defendants LaMot Industries, LLC and Ryan LaMot (jointly "LaMot"), submit this Response Suggesting Denial Of Plaintiffs' Motion For Summary Judgment [Doc. 30] As Moot And Request For Clarification as to the deadline to respond to Plaintiffs' second Motion for Summary Judgment [Doc. 37].

On June 30, Plaintiffs Drake Ruble and Dominic Powell filed their second Motion for Summary Judgment ("Original Motion") [Doc. 37]. The second Motion for Summary Judgment ("Second Motion") cured facial deficiencies of Plaintiffs' Original Motion (namely the lack of exhibits C and D in the original Motion as filed and served). The Original Motion should therefore be denied as moot and the

Second Motion should be due for response in accordance to Local Rule 56.1(C) on or about July 21, 2016.

Undersigned Counsel for Defendants request the Court's clarification on the deadline for Defendants' response.

### CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to Northern District, Local Rule 7.1(B), the undersigned counsel (Robert Andrade) attempted to confer with counsel for the Plaintiff, Jeremiah J. Talbott, on Thursday, June 30, 2016 by email and by multiple telephone calls, regarding the relief sought in Defendant's above Pleading, but was unable to make contact therefore presumes that Plaintiff opposes the Motion.

### CERTIFICATE OF COMPLIANCE

I hereby certify that this brief was prepared using 14 point Times New Roman and that it contains 368 words, inclusive of headings.

Respectfully submitted,
**/s/ *Robert A. Andrade***
GEORGE R. MEAD, II
Florida Bar No. 096490
ROBERT A. ANDRADE
Florida Bar No. 111337
MOORE, HILL & WESTMORELAND
350 W. Cedar Street, Suite 100
Post Office Box 13290
Pensacola, FL 32591-3290
(850) 434-3541
(850) 435-7899 (fax)
emead@mhw-law.com
hmalone@mhw-law.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

On June 30, 2016, I emailed this document to Jeremiah J. Talbott, Esquire, and all other parties of record who have consented to electronic service and appeared in this matter.

                                             **/s/ *Robert A. Andrade***
                                             ROBERT A. ANDRADE